IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
TENNESSEE

**Gary E. Gibson**,
Plaintiff,

v.

**Bayer AG/Monsanto**,
Defendant.

**Case No.:** 1:25-mc-47-CLC/CHS

**CIVIL COMPLAINT**

Plaintiff Gary E. Gibson, a federal prisoner who files this complaint pro se, alleges the following against Defendant Bayer AG/Monsanto:

### I. Introduction

1. Plaintiff is a federal prisoner currently incarcerated at Butner, North Carolina, who brings this action due to exposure to Roundup pesticide, which he alleges has caused him significant personal injury, specifically Stage III non-Hodgkin's lymphoma.

### II. Jurisdiction and Venue

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are of diverse citizenship, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

3. Venue is proper in this Court under 28 U.S.C. § 1391 because Defendant conducts business nationwide, including in North Carolina, where Plaintiff was exposed to Defendant's product.

### III. Parties

4. Plaintiff, **Gary E. Gibson**, is an individual currently incarcerated within the Federal Bureau of Prisons at PO Box 1000, Butner, North Carolina.

5. Defendant, **Bayer AG/Monsanto**, is a multinational corporation engaged in the development, manufacture, and sale of agricultural chemicals, including Roundup pesticide, headquartered in Germany and operating in the United States.

### IV. Factual Allegations

6. Plaintiff was regularly exposed to Roundup pesticide, developed, manufactured, and sold by Defendant, during routine grounds maintenance duties while incarcerated.

7. On or about 2022, Plaintiff was diagnosed with Stage IV non-Hodgkin's lymphoma at McLeod Hospital Oncology. This diagnosis was subsequently amended to Stage III by the Federal Bureau of Prisons.

8. Non-Hodgkin's lymphoma is currently in remission due to continuous treatment with maintenance chemotherapy, including Acalabrutinib 100 MG Tablet.

9. **Side Effects of Acalabrutinib:**
   - Common side effects include headache, diarrhea, fatigue, muscle pain, and upper respiratory tract infections.
   - Severe side effects may include bleeding problems, new cancers, and heart rhythm disturbances.

10. As an incarcerated individual, Plaintiff has been unable to seek legal representation effectively due to lack of phone access to digital switchboards, no email access, and ignored written correspondence.

### V. Claims for Relief

#### COUNT I: NEGLIGENCE

11. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

12. Defendant owed a duty to Plaintiff to manufacture, design, and market products that were safe and free from unreasonable risk of injury.

13. Defendant breached its duty by failing to adequately research, test, and develop Roundup pesticide's potential carcinogenic effects.

14. As a direct and proximate result of Defendant's negligence, Plaintiff suffered personal injuries, including non-Hodgkin's lymphoma, leading to significant medical expenses and emotional distress.

#### COUNT II: STRICT LIABILITY

15. Defendant is strictly liable for manufacturing and distributing a product that was defective and unreasonably dangerous to users and consumers, including the Plaintiff.

16. Plaintiff's exposure to Roundup pesticide directly caused his condition and consequent injuries.

17. Plaintiff seeks compensation for all past and future medical expenses, loss of quality of life, and other related damages.

#### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

A. Compensatory damages in excess of $75,000 to be determined at trial;
B. Punitive damages due to Defendant's willful and wanton conduct;
C. Costs and attorneys' fees pursuant to applicable law;
D. Such further and other relief as the Court deems just and proper.

Respectfully submitted,

*Gary E. Gibson* 12-4-2025
Gary E. Gibson, Pro Se
PO Box 1000
Butner, NC 27509

**Dated:** [Insert Date]

---



Gary E. Gibson #53178-074
F.C.I. - Butner - 1
P.O. Box 1000
Butner, N.C. 27509

United States District Court
Eastern Dist of Tennessee
Joel W. Solomon Federal Bldg.
900 Georgia Avenue Room 309
Chattanooga, TN 37402

XRAYED

LEGAL MAIL

